# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07CV130

| | |
|---|---|
| F & G RESEARCH, INC., ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard before the undersigned, pursuant to a motion filed by Steven J. Hultquist entitled "Motion and Order for Admission Pro Hac Vice" (#4). Upon a review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. Hultquist's motion complies with Local Rule LCvR 83.1(E)(1) for the admission of Allen D. Brufsky to practice before the court in this action.

## ORDER

WHEREFORE, IT IS **ORDERED** that the motion of Mr. Hultquist entitled "Motion and Order for Admission Pro Hac Vice" (#4) is hereby **DENIED** without prejudice.

Signed: January 10, 2008

Dennis L. Howell
United States Magistrate Judge